IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, Natural Parent of Jim Doe, JANE DOE, Natural Parent of Jim Doe, and JUDY DOE, | ) ) ) ) ) | 8:12CV30 |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| BLACKSHIRT INVESTMENTS, INC., doing business as Cold Stone Creamery, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 16).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Tuesday, May 15, 2012, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 24th day of April, 2012.

BY THE COURT:

/S/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court