```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

JIM DOE, by and through his    )
Natural Parents JOHN and JANE  )
DOE, and JUDY DOE,             )
                               )
          Plaintiffs,          )         8:12CV30
                               )
     v.                        )
                               )
BLACKSHIRT INVESTMENTS, INC., )          ORDER
d/b/a COLD STONE CREAMERY,     )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 20).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted.  This action is dismissed with prejudice, each party to bear their own fees and costs.

DATED this 14th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court